IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JANA JO ROBERTS, Defendant. | CR 18–02–M–DLC<br><br>ORDER |

The United States moves to dismiss the Indictment in this case without prejudice. For good cause shown,

IT IS ORDERED that the Government's Motion (Doc. 11) is GRANTED. The Indictment in this case is DISMISSED WITHOUT PREJUDICE. The writ of habeas corpus (Doc. 9) filed on January 29, 2018 is VACATED and the arrest warrant (Doc. 10) issued that same day is quashed. This case is CLOSED.

DATED this 2nd day of February, 2018.

Dana L. Christensen, Chief District Judge
United States District Court